# United States Court of Appeals
## For the First Circuit

No. 02-1583

UNITED STATES OF AMERICA,

Appellee,

v.

RAMIRO L. COLÓN-MUÑOZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this court issued February 5, 2003, should be amended as follows:

On page 4, line 12, replace "regards" with "regard".

On page 5, line 15, insert "president of" before "the Bank".

On page 23, line 6, delete the word "substantial".

On page 23, line 8, insert a footnote symbol "6" following the word "allegations."  The footnote reads as follows:

[6]The precise standard to be met to warrant a post-trial evidentiary hearing on an alleged Brady violation has not been decided.  However, it is certainly more than a mere "colorable claim."

The subsequent footnotes in the panel opinion should be renumbered accordingly.